# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __5__

---

Awala

-v-

Ballas, et al

---

U.S.C.A. # _____

U.S.D.C. # __08-cv-1677__

JUDGE: __KMW__

DATE: __MAR. 10, 2008__

U.S. DISTRICT COURT
FILED
MAR 10 2008
S.D. OF N.Y.

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------------------------

**DOCUMENT DESCRIPTION**                                                                    **DOC. #**

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

( X ) Original Record                              ( ____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __10th__ Day of __March__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Awala

-v-

Bottas, et al

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08 cv 1677

JUDGE: KMW

DATE: MAR. 10, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 10th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01677-KMW
### Internal Use Only

Awala v. Battas et al  
Assigned to: Judge Kimba M. Wood  
Case in other court: USDC-NDNY, 5:07-cv-1171 (NPM)  
Cause: 42:1983 Civil Rights Act

Date Filed: 02/20/2008  
Date Terminated: 02/20/2008  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | 1 | CASE TRANSFERRED IN from the United States District Court - Northern District of New York; Case Number: 5:07-cv-1171 (NPM). Original file certified copy of transfer order and docket entries received. Document filed by Gbeke Michael Awala.(laq) (Entered: 03/05/2008) |
| 02/20/2008 |   | Magistrate Judge Frank Maas is so designated. (laq) (Entered: 03/05/2008) |
| 02/20/2008 | 2 | ORDER OF DISMISSAL, I grant plaintiff's request to proceed in forma pauperis but dismiss the complaint for the reasons set forth. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C.1915(a)(1) is dismissed, pursuant to 28 U.S.C.1915(e)(2)(B)(ii), (iii). The Court's prior order barring plaintiff from filing any future action without prior leave remains in effect. In addition, he is barred from filing any new petitions for writs of habeas corpus or error coram nobis without prior leave. The Clerk of Court is directed to refuse or return new filing which does not comply with the procedures outlined within. The Clerk of Court is further directed not to accept further submissions under this docket number, except for papers directed to the United States Court of Appeals for the Second Circuit. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/20/08) (laq) (Entered: 03/05/2008) |
| 02/20/2008 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/20/08) (laq) (Entered: 03/05/2008) |
| 03/05/2008 | 4 | NOTICE OF APPEAL from 3 Judgment - Sua Sponte (Complaint), 2 Order Dismissing Complaint (I.F.P.). Document filed by Gbeke Michael Awala. (tp) (Entered: 03/07/2008) |
| 03/05/2008 |   | Appeal Remark as to 4 Notice of Appeal filed by Gbeke Michael Awala. $455.00 APPEAL FEE DUE. IFP REVOKED. 2/20/08. (tp) (Entered: 03/07/2008) |
| 03/07/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 03/07/2008) |
| 03/07/2008 |   | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 03/07/2008) |